IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHIO HANG SAECHAO,<br><br>                         Petitioner,<br><br>    v.<br><br>JEAN HILL, Superintendent, Snake River Correctional Institution,<br><br>                         Respondent. | Civ. No. 05-363-TC<br><br>ORDER |

Aiken, Judge:

    Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned action on November 21, 2006. Magistrate Judge Coffin recommends that the petition for writ of habeas corpus be denied and the case be dismissed. Magistrate Judge Coffin found that a tape-recorded statement admitted against petitioner at trial was not testimonial and had a sufficient indicia of reliability.

-1-    ORDER

The matter is now before me. <u>See</u> 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Petitioner has filed timely objections to the Findings and Recommendation. Upon <u>de novo</u> review, I find no error and agree that petitioner fails to establish a violation of the Confrontation Clause. <u>See</u> <u>Crawford v. Washington</u>, 541 U.S. 36 (2004); <u>Ohio v. Roberts</u>, 448 U.S. 56 (1980).

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 55) filed November 22, 2006, is ADOPTED. The Amended Petition for Writ of Habeas Corpus (doc. 13) is DENIED, and this case is DISMISSED.

IT IS SO ORDERED.

Dated this _18_ day of December, 2006.

_____
Ann Aiken
United States District Judge